Submitted on record and briefs June 4, reversed and
remanded for a new trial July 28, 1982

STATE OF OREGON,
*Respondent,*

*v.*

GERALD EDWARD BENSON,
*Appellant.*

(No. 80-35288, CA A23007)

648 P2d 419

David W. James, Jr., Eugene, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Stephen F. Peifer, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court's denial of a continuance in this case was an error requiring reversal.

Reversed and remanded for a new trial.